UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENAYA N. TUBBS, as next
friend for N.P.S.W., a minor,

    Plaintiff,

v.                                                           Case No. 1:11-cv-1046
                                                          Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further proceedings consistent with the Opinion of even date.

    **IT IS SO ORDERED.**

Dated:  March 28, 2013                                     /s/ Hugh W. Brenneman, Jr.
                                                               HUGH W. BRENNEMAN, JR.
                                                                United States Magistrate Judge